IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

|  |  |  |
|---|---|---|
| In Re:<br>MERSCORP INC., ET AL., REAL<br>ESTATE SETTLEMENT PROCEDURES<br>ACT (RESPA) LITIGATION | § § § § § § § § | MDL Docket No. 1810 |

_____

|  |  |  |
|---|---|---|
| ROCHELLE KNIGHTON and BILLIE<br>NORMAN,<br><br>          Plaintiffs.<br><br>vs.<br><br>MERSCORP, INC. and MORTGAGE<br>ELECTRONIC REGISTRATION<br>SYSTEMS, INC.,<br><br>          Defendants. | § § § § § § § § § § § § § § § § § | C.A. No. 07-29 |

## ORDER STRIKING MOTION

On this day came on to be considered Plaintiffs Rochelle Knighton and Billie Norman's "Motion for Leave to File Second Amended Complaint" in the MDL-member case of <u>Knighton v. MERSCORP</u>, C.A. 2:07-29 (Docket Entry 67; MDL Docket Entry 142). The Court hereby STRIKES the Plaintiffs' motion. If Plaintiffs wish to achieve the relief they seek in their motion, they are instructed simply to file a Third Amended Complaint with the Court in both the member case and the MDL docket. This Third Amended Complaint must include a certificate of service and any accompanying exhibits as

a single docket entry, not as separate documents.

SIGNED and ENTERED this 8th day of June, 2007.

_____
Janis Graham Jack
United States District Judge